No. 79–1429. AMERICAN TEXTILE MANUFACTURERS INSTITUTE, INC., ET AL. v. MARSHALL, SECRETARY OF LABOR, ET AL.; and

No. 79–1583. NATIONAL COTTON COUNCIL OF AMERICA v. MARSHALL, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 817.] Joint motion of the Solicitor General and union respondents for additional time for oral argument denied. Motion of the Solicitor General and union respondents for divided argument granted.

No. 79–1711. MIDDLESEX COUNTY SEWERAGE AUTHORITY ET AL. v. NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79–1754. JOINT MEETING OF ESSEX AND UNION COUNTIES v. NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79–1760. CITY OF NEW YORK ET AL. v. NATIONAL SEA CLAMMERS ASSN. ET AL.; and

No. 80–12. ENVIRONMENTAL PROTECTION AGENCY ET AL. v. NATIONAL SEA CLAMMERS ASSN. ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 917.] Motion of the Solicitor General for divided argument granted.

No. 79–1794. MICHIGAN v. SUMMERS. Sup. Ct. Mich. [Certiorari granted, *ante*, p. 898.] Motion of John B. Holmes, Jr., et al. for leave to file a brief as *amici curiae* granted.

No. 79–1977. RODRIGUEZ v. COMPASS SHIPPING CO., LTD., ET AL.; PEREZ v. ARYA NATIONAL SHIPPING LINE, LTD.; and BARULEC v. OVE SKOU, R. A. C. A. 2d Cir. [Certiorari granted, *ante*, p. 818.] Motion of respondent Ove Skou, R. A., for divided argument granted.

No. 80–5. McCARTY v. McCARTY. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction postponed, *ante*, p. 917.] Motion of Non-Commissioned Officers Association of the United States et al. for leave to file a brief as *amici curiae* granted.